UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SREAM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 1:20-CV-00210-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| POOJA, INC., d/b/a | ) | |
| KANKUS EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge Susan K. Lee [Doc. 30]. In the Report and Recommendation, the magistrate judge recommends that Plaintiffs' Motion for Default Judgment [Doc. 25] be granted and that Plaintiff Sream, Inc. be awarded monetary judgment against Defendant Pooja, Inc. in the amount of (a) $15,000 in statutory damages pursuant to the Lanham Act, 15 U.S.C. § 1117 and (2) costs allowed under 28 U.S.C. § 1920 to be determined by the Clerk of Court upon submission of a timely, properly submitted bill of costs. The parties did not file objections to the Report and Recommendation.[1] *See* Fed .R. Civ. P. 72(b).

After thorough consideration of the Report and Recommendation and the record as a whole, the Court finds that the Report and Recommendation properly analyzes the issues presented. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 30] is

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

**ADOPTED**, and Plaintiff's Motion for Default Judgment [Doc. 25] is **GRANTED**. Plaintiff's first filed Motion for Default Judgment [Doc. 23] is accordingly **DENIED AS MOOT**. All other forms of relief addressed in Plaintiff's complaints and effectively abandoned in the motion for default judgment are **DENIED**. A separate judgment will enter.

SO ORDERED:

s/Clifton L. Corker
United States District Judge